March 29, 2010

Mr. Paul James Koumjian
TDCJ #1039181, Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597
Mr. Shane Dennis Neldner
Assistant Attorney General
Law Enforcement Defense Div.
PO Box 12548
Austin, TX 78711-2548

RE: Case Number: 10-0109
 Court of Appeals Number: 10-08-00141-CV
 Trial Court Number: 24058

Style: PAUL JAMES KOUMJIAN
 v.
 TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTION
 DIVISION AND UNIVERSITY OF TEXAS MEDICAL BRANCH, CORRECTIONAL MANAGED
 CARE

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Robyn |
| |Flowers |